NICHOLE B. FARRIS
Chapter 7 Trustee
2607 Forest Ave, Suite 120
Chico, CA 95928
Telephone:　(530) 898-1488
Email:　　　nikki@nfarrislaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Mckeague, Robert | ) Case No. 21-22987 |
| | ) |
| | ) Chapter 7 |
| | ) |
| Debtor | ) |

## REPORT OF SALE BY TRUSTEE

The Chapter 7 Trustee, Nichole B. Farris, filed a Notice of Intent to Sell Property in this case on December 20, 2021. The last day to object was January 12, 2022. No objections were filed. The property sold was non-exempt equity in 2017 Yanmar tractor for $2,500.00 Robert Mckeague. The sale is complete.

Trustee certifies that this report is true and correct to the best of Trustee's knowledge.

DATE: February 10, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Nichole B. Farris
　　　　　　　　　　　　　　　　　　　　Nichole B. Farris, Trustee

REPORT OF SALE BY TRUSTEE - 1

Filed 02/10/22    Case 21-22987    Doc 38

## CERTIFICATE OF SERVICE

I am a resident of and employed in the County of Butte, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 2607 Forest Ave, Suite 120, Chico, CA 95928. On this date I served the following document:

## REPORT OF SALE

**BY E-SERVICE:** I served the parties listed below by email, with each of the document(s) listed above attached as a pdf file. The subject line of the email included the words Service Pursuant to FRCivP 5, and the first text line of the email included the case or proceeding name and number and the title(s) of the documents served.

**ustpRegion17.sc.ecf@usdoj.gov**
**(U.S. Trustee's Office)**

**Robert Mckeague**
**Po Box 5334**
**Corning, CA 96021**

**geoff@wiggslaw.com**
**(Geoff E. Wiggs, Attorney for Debtors)**

I declare under penalty of perjury the foregoing is true and correct. Executed on February 10, 2022 at Chico, California.

                                               /s/ Nichole B. Farris
                                               Nichole B. Farris, Trustee