1 Austin P. Nagel, SBN 118247
2 Kirsten Martinez, SBN 310674
  Bonial & Associates, P.C.
3 3160 Crow Canyon Place, Suite 215
  San Ramon, California 94583
4 Telephone: (213) 863-6010
  Fax: (213) 863-6065
5 Austin.Nagel@BonialPC.com
  Kirsten.Martinez@BonialPC.com
6
7 Attorney for Secured Creditor,
  Toyota Motor Credit Corporation
8

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Case No. 21-22987 |
| Robert Mckeague, | Chapter 7 |
| Debtor. | Docket Control No. APN-1 |
| _____/ | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 2015 TOYOTA HIGHLANDER, (V.I.N. 5TDBKRFH1FS095372) [11 U.S.C. §362(d)(1), Local Rule 4001-1, Local Rule 9014-1]** |
| | Date: October 17, 2022<br>Time: 9:00 a.m.<br>Judge: Fredrick E. Clement<br>Ctrm: Courtroom 28, 7th Floor<br>     501 I Street<br>     Sacramento, CA |

**TO ALL PARTIES-IN-INTEREST HEREUNDER:**

This is a core proceeding as defined by the <u>United States Bankruptcy Code</u> and this creditor consents to a final Order or Judgment by the above-entitled Court.

The above-entitled Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 157(a), <u>et seq</u>. and 28 U.S.C. § 1334, <u>et seq</u>.

CAE_NtcMfr0000         1

1 PLEASE TAKE NOTICE that on the date and at the time and location specified above, a hearing on
2 the Motion For Relief From Automatic Stay brought hereunder by Secured Creditor, Toyota Motor
3 Credit Corporation (hereinafter referred to as "Secured Creditor"), against Debtor Robert Mckeague
4 (hereinafter referred to as "Debtor"), the Trustee, and any other parties in interest, will take place.
5
6 PLEASE TAKE NOTICE THAT, PURSUANT TO LOCAL RULE 9014-1, OPPOSITION, IF
7 ANY, TO THE GRANTING OF THIS MOTION BY ANY PARTY MUST BE IN WRITING AND
8 MUST BE FILED WITH THE CLERK OF THE ABOVE-ENTITLED COURT NOT LESS THAN
9 FOURTEEN (14) CALENDAR DAYS PRECEDING THE NOTICED DATE OF HEARING.
10 PLEASE TAKE FURTHER NOTICE THAT, PURSUANT TO LOCAL RULE 9014-1,
11 OPPOSITION, IF ANY, TO THE GRANTING OF THIS MOTION BY ANY PARTY MUST BE IN
12 WRITING AND MUST BE SERVED UPON THE FOLLOWING PARTIES AND UPON ANY
13 PARTY REQUESTING SPECIAL NOTICE HEREUNDER, NOT LESS THAN FOURTEEN (14)
14 CALENDAR DAYS PRECEDING THE NOTICED DATE OF HEARING:
15

Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583

Nikki B. Farris
2607 Forest Avenue, Suite #120
Chico, California 95928

U.S. Trustee SACRAMENTO
Office of the U.S.Trustee
501 I Street, Room 7-500
Sacramento, California  95814

PLEASE TAKE FURTHER NOTICE THAT SHOULD ANY PARTY FAIL TO COMPLY
WITH THE FOREGOING, THIS MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE
GRANTED WITHOUT FURTHER ORAL ARGUMENT, THEREBY ALLOWING SECURED

CAE_NtcMfr0000                                              2

CREDITOR TO ENFORCE ITS RIGHTS AND REMEDIES UNDER THE PARTIES' ORIGINAL, CONTRACTUAL AGREEMENT.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed. R. Civ. P. 43(c) as made applicable by Fed. R. Bankr. P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Fed. R. Civ. P. 43(c).

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: September 6, 2022    Respectfully Submitted,
Bonial & Associates, P.C.

 /s/Austin P. Nagel
Austin P. Nagel
Kirsten Martinez
Attorneys for Secured Creditor,
Toyota Motor Credit Corporation