# RELIEF FROM STAY SUMMARY SHEET
\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
**THIS IS THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** Robert Mckeague     **CASE NO.** 21-22987

**MOVANT:** Toyota Motor Credit Corporation     **D.C. NO.** APN-1

**HEARING DATE/TIME:** October 17 at 9:00 a.m.

**RELIEF IS SOUGHT AS TO:**

    ( ) **REAL PROPERTY**     Assessor Parcel Number (APN): _____

    (✓) **PERSONAL PROPERTY**     If applicable, Vehicle Identification Number (VIN): 5TDBKRFH1FS095372

    ( ) **STATE COURT LITIGATION**

1. **Address OR description of property or state court action:**
   2015 TOYOTA HIGHLANDER

2. **Movant's trustee deed is a** (✓) **1st** ( ) **2nd** ( ) **3rd** ( ) **Other:** _____
   **OR**
   **Leased property is** ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. **Verified appraisal filed?** _____ **Movant's valuation of property:** $17,094.00. (debtor's schedules)

4. **The following amounts are presently owing to movant for:**

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $11,735.89 | $0.00 | $0.00 | $11,735.89 |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.**

   | | $ |
   |---|---|
   | | $ |
   | | $ |
   | **TOTAL ALL LIENS** | $ 11,735.89 |
   | **DEBTOR'S EQUITY** | $ 5,358.11 |

6. **Monthly Payment is** $559.27**, of which** $0.00 **is for impound account. Monthly late charge is** $0.00.

7. **The last payment by debtor was received on** August 11, 2022 **and was applied to the payment due** April 16, 2022.

8. **Number of payments past due and amount: (a) Pre-petition** ___ $_____ **(b) Post-petition** 4 **$2,000.00**.

9. **Notice of Default was recorded on** _____. **Notice of sale was published on** _____.

10. **If a chapter 13 case, in what class is this claim?** _____

11. **Ground for seeking relief (check as applicable):**
    (✓) § 362(d)(1)    ( ) § 362(d)(2)    ( ) § 362(d)(3)    ( ) § 362(d)(4)
    ( ) Cause    ( ) Inadequate protection    ( ) Lack of equity    (✓) Lack of insurance    ( ) Bad faith
    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.
    ( ) Other _____.

12. **For each ground check in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.**
    Movant's interest in collateral is not adequately protected by an equity cushion, § 362(d)(1).
    Debtor has not provided proof of insurance.